**ACF Global Imports LLC**
75 S main St #2
Concord NH 03301
Phone Number: 781 654 6412



# PROFORMA INVOICE

DATE: December 19th 2013
INVOICE # 21006
FOR:

Terms

Bill To
**New Paradigm Promotional Marketing**
Attn JoAnne Hassen
13700 Oakland Avenue
Highland Park MI 48203

PO# NGK super Socket Tool Kit
SHIP TO: 5928
Account



End Customer  New Pardigm Promo

**EXHIBIT 2**

| DESCRIPTION | | QTY | COST | AMOUNT |
|---|---|---|---|---|
| NGK super Socket Tool Kit | | 1500 | $ 7.25 | $ 10,875.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Payment Terms | | | | |
| Pament by Wire upon reciept of Invoice 50% on order 50% on shipping | | | | |
| | | | | |
| | | | | |
| | | | | $ 10,875.00 |
| | | | | |

©COPY

12/19/12    5,437.50   PAID
3/18/13     5,437.50   BALANCE PAID

PAID IN FULL