**ACF Global Imports LLC**
75 S main St., #2
Concord NH 03301
Phone Number: 781 654 6412



PROFORMA INVOICE

DATE: December 19th 2013
INVOICE # 21006
FOR:

Terms

Bill To
New Paradigm Promotional Marketing
Attn JoAnne Hassen
13700 Oakland Avenue
Highland Park MI 48203

PO# NGK super Socket Tool Kit
SHIP TO: 5928
Account

End Customer  New Pardigm Promo



**EXHIBIT 3**

| DESCRIPTION | QTY | COST | AMOUNT |
|---|---|---|---|
| NGK super Socket Tool Kit | 1500 | $ 7.25 | $ 10,875.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Payment Terms |  |  |  |
| Pament by Wire upon reciept of Invoice 50% on order 50% on shipping |  |  |  |
|  |  |  |  |
|  |  |  | $ 10,875.00 |

$5437.50

(5437.50) 50%

$5,437.50





$ **PAID IN FULL**