**ACF Global Imports LLC**
75 S main St. #2
Concord NH 03301
Phone Number: 781 654 6412



DATE: February 13th 2013
INVOICE # 21008
FOR:

Terms

Bill To
New Paradigm Promotional Marketing
Attn JoAnne Hassen
13700 Oakland Avenue
Highland Park MI 48203

REVISED INVOICE

PO# Helicopters
SHIP TO: 6032
Account

End Customer   New Pardigm Promo

EXHIBIT
5

| DESCRIPTION | QTY | COST | AMOUNT |
|---|---|---|---|
| Helicopters | 2000 | $ 68.14 | $ 136,280.00 |
| Helicopters upgraded to Version 2 | 2000 | $ 10.00 | $20,000.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Payment Terms |  |  |  |
| 50% on order and 50% before shipping |  |  |  |
|  |  |  |  |
|  |  |  | $ 156,280.00 |

(68,140.00) *$
―――――――
88,140.00
(10,000.00)
―――――――
N/B 78,140.00

$ **PAID**
3-18-13

**POSTED**

Additional 50%
Due ✓