UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEW PARADIGM PROMOTIONAL
MARKETING, INC.,

    Plaintiff,                                Case No. 14-11320
v.                                           Hon. John Corbett O'Meara

ACF GLOBAL IMPORTS, LLC, *et al.,*

    Defendants.
_____/

## ORDER TO SHOW CAUSE

    TO:    ACF Global Imports, LLC
            All Custom Focus Global Imports, LLC

On July 8, 2015, the court allowed Defendants ACF Global Imports, LLC, and All Custom Focus Global Imports, LLC's counsel to withdraw. Defendants had until August 7, 2015, to obtain new counsel. See Docket No. 44. To date, no attorney has filed an appearance on behalf of Defendants in this matter.

IT IS HEREBY ORDERED that Defendants ACF Global Imports, LLC, and All Custom Focus Global Imports, LLC, shall SHOW CAUSE in writing by **October 9, 2015,** why a default should not be entered against it and in favor of Plaintiff.

                                          s/John Corbett O'Meara
                                          United States District Judge

Date: September 29, 2015

  I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, September 29, 2015, using the ECF system and/or ordinary mail.

            <u>s/William Barkholz</u>
            Case Manager