UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEW PARADIGM PROMOTIONAL
MARKETING, INC.,

    Plaintiff,

v.

                                      Case No. 14-11320

                                      Hon. John Corbett O'Meara

ACF GLOBAL IMPORTS, LLC, *et al.*,

    Defendants.
_____/

## ORDER DIRECTING CLERK
## TO ENTER DEFAULT

Counsel for Defendants ACF Global Imports, LLC, and All Custom Focus Global Imports, LLC, withdrew as of July 8, 2015. Defendants had until August 7, 2015, to obtain new counsel, as these entities may not appear before the court pro se. Doherty v. American Motors Corp., 728 F.2d 334, 340 (6th Cir. 1984) ("The rule of this circuit is that a corporation cannot appear in federal court except through an attorney."); In re ICLNDS Notes Acquisition, LLC, 259 B.R. 289, 294 (Bankr. N.D. Ohio 2001) ("[W]hether an LLC is viewed as a corporation or a partnership or a hybrid, it may only appear in court through an attorney.").

Because no attorney has appeared on behalf of Defendants, the court issued an order to show cause why a default should not be entered on September 9, 2015. Defendants have not submitted a response to the show cause order, which was due

October 9, 2015.

In light of Defendants' failure to respond, obtain counsel, or otherwise defend this matter, the court hereby directs the Clerk of the Court to enter a default pursuant to Fed. R. Civ. P. 55(a) as to Defendants ACF Global Imports, LLC, and All Custom Focus Global Imports, LLC.

**SO ORDERED.**

                                              s/John Corbett O'Meara
                                              United States District Judge

Date: October 23, 2015

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, October 23, 2015, using the ECF system and/or ordinary mail.

                                              s/William Barkholz
                                              Case Manager