# Powell Murphy, PLLC
40701 Woodward Avenue, Suite 301
Bloomfield Hills, Michigan 48304

Fax:(248) 723-4391    Ph: (248) 723-4390

Mr. Greg Rivers                                                Dec 09, 2015
New Paradigm Promotional Marketing
13700 Oakland Ave.
Highland Park, Michigan 48203

Attention:                                    File #:   NewParadigm
                                              Inv #:         7482

RE:   New Paradigm

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| May-04-15 | Attention to open issues concerning discovery and motions to compel. | 0.70 | 234.50 | SCP |
| May-06-15 | Attention to motion to compel. | 0.30 | 100.50 | SCP |
| May-08-15 | Attention to motion; analysis; follow up. | 0.70 | 234.50 | SCP |
| May-11-15 | Attention to motion to compel production and discovery issues. | 0.40 | 134.00 | SCP |
| May-12-15 | Attention to research and preparation of motion to compel discovery responses. | 5.40 | 1,620.00 | KFM |
| May-14-15 | Attention to motion to compel; attention to exhibits; analysis; research. | 2.60 | 871.00 | SCP |
|  | Follow up concerning motion to compel. | 0.40 | 134.00 | SCP |
| May-15-15 | Further attention to discovery motion and sanctions; follow up. | 0.60 | 201.00 | SCP |
|  | Attention to New Paradigm's motion to compel and for sanctions, including exhibit 3. | 0.20 | 67.00 | SCP |
| May-16-15 | LS - attention to reviewing, finalizing and filing motion. | 2.40 | 468.00 | PARA |
| May-19-15 | Attention to referral of motion to compel to magistrate judge; attention to notice of determination without oral argument. | 0.10 | 33.50 | SCP |
|  | LS - attention to receiving and reviewing order referring discovery motion to magistrate. | 0.10 | 19.50 | PARA |
| May-22-15 | Telephone conference with B. Wolf regarding New Paradigm's motion to compel. | 0.90 | 270.00 | KFM |
| Jun-02-15 | Attention to court filings and pending motion; attention to discovery issues. | 0.20 | 67.00 | SCP |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Further attention to response to Plaintiff's motion to compel discovery. | 0.60 | 201.00 | SCP |
| Jun-10-15 | Attention to receiving and reviewing Defendants' response to New Paradigm's motion to compel; attention to drafting reply brief. | 0.90 | 270.00 | KFM |
| Jun-12-15 | Attention to pending motions, including motion to withdraw; attention to briefing; proof read; expanded; follow up. | 1.40 | 469.00 | SCP |
| | Attention to reply; conferences; email regarding motion to compel. | 1.80 | 603.00 | SCP |
| | Further attention to reply supporting motion to compel. | 0.30 | 100.50 | SCP |
| | Attention to orders regarding motion to compel decided without argument. | 0.10 | 33.50 | SCP |
| | Further attention to reply concerning motion to compel. | 0.40 | 134.00 | SCP |
| | Attention to drafting reply to Defendants' response to New Paradigm's motion to compel. | 4.10 | 1,230.00 | KFM |
| Jun-30-15 | Attention to drafting and replying to emails regarding joint statement of unresolved issues regarding New Paradigm's motion to compel. | 0.20 | 60.00 | KFM |
| Jul-01-15 | Further attention to joint statement of unresolved issues; email exchange with Loyst Fletcher regarding same. | 0.30 | 90.00 | KFM |
| | JF - attention to reviewing and revising joint statement of unresolved issues. | 0.70 | 136.50 | PARA |
| Jul-02-15 | Telephone conference with B. Wolf regarding joint statement of unresolved issues; telephone conference with Loyst Fletcher regarding same; draft email to Magistrate's case manager regarding guidance on questions regarding joint statement. | 1.20 | 360.00 | KFM |
| | JF - further attention to reviewing and revising joint statement of unresolved issues. | 0.20 | 39.00 | PARA |
| | Totals | 27.20 | $8,181.00 | |